STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 09-1073 consolidated with CA 09-1072

TERRY L. CHOAT

VERSUS

BOISE CASCADE CORPORATION

**********

APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT
PARISH OF BEAUREGARD, NO. C-2008-0552
HONORABLE C. KERRY ANDERSON, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Sylvia R. Cooks, Jimmie C. Peters, and Billy Howard Ezell,
Judges.

**REVERSED AND REMANDED.**

Leslie R. Leavoy, Jr.
Attorney at Law
P. O. Box 1055
DeRidder, LA 70634
(377) 462-6051
Counsel for Plaintiff/Appellant:
Terry L. Choat

**Andrew Holleman Meyers**
**Beaud & Meyers**
**P. O. Box 3448**
**Lafayette, LA 70502**
**(337) 266-2200**
**Counsel for Defendants/Appellees:**
**Boise Cascade Corporation**
**Dennis Wallace**

**Christopher Jude Roy, Jr.,**
**Chris J. Roy, Jr., A.P.L.C.**
**P. O. Box 1592**
**Alexandria, LA 71309-1592**
**(318) 487-9537**
**Counsel for Plaintiff /Appellant:**
**Terry L. Choat**

**EZELL, JUDGE.**

For the reasons assigned in the companion case of *Tilley v. Boise Cascade Corp., et al.*, 09-1072 (La.App. 3 Cir. ___/___/____), ___ So.3d___, in which a separate decision has been rendered, the judgment of the trial court is reversed and this case is remanded to the trial court for further proceedings. Costs are assessed against Boise Cascade Corporation and Dennis Wallace.

**REVERSED AND REMANDED**.

1